**Opinion issued January 27, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00441-CV

———————————

**T & T SUBSEA, LLC, Appellant**

**V.**

**CHAD W. WORRALL AND THOMAS ROYSTON, Appellees**

---

**On Appeal from the 127th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-42192-A**

---

## MEMORANDUM OPINION

Appellant, T & T Subsea, LLC, has filed a motion to dismiss the appeal after settling the case, and requests that all costs be assessed against the party incurring the same. The motion contains a certificate of conference indicating that appellees do not oppose this motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other

party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal, with costs to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.